IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leila K Mohareb,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Special Health Care District,<br><br>　　　　　Defendant. | No. CV-23-02226-PHX-KML<br><br>**ORDER** |

　　　Pursuant to the parties' stipulation,

　　　**IT IS ORDERED** the Stipulation (Doc. 25) is **GRANTED**. This case is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk of Court shall close this case.

　　　Dated this 10th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　*Krissa M. Lanham*
　　　　　　　　　　　　　　　　　　　　　Honorable Krissa M. Lanham
　　　　　　　　　　　　　　　　　　　　　United States District Judge